# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

CHARITA JONES                                                                                   PLAINTIFF

v.                                    CASE NO. 3:11CV00009 JTK

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                      DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed, and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 7th day of December, 2011.

_____
UNITED STATES MAGISTRATE JUDGE